## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| MARY KETNER, individually and on behalf of all others similarly situated<br><br>     Plaintiff,<br><br>v.<br><br>STATE EMPLOYEES CREDIT UNION OF MARYLAND, INC.<br><br>and<br><br>DOES 1 through 10<br><br>     Defendants. | **Civil No.: 1:15-CV-03594-CCB** |

### NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Mary Ketner hereby moves this Honorable Court for entry of an Order:

  1. Preliminarily approving the Settlement Agreement reached between Plaintiff and Defendants attached as Exhibit 1 to the Declaration of Taras Kick in Support of the Unopposed Motion for Preliminary Approval, and preliminarily certifying the Settlement Class;

  2. Appointing the Settlement Administrator and approving the proposed notice plan;

  3. Scheduling a hearing for consideration of final approval of the settlement, of payment of attorneys' fees and expenses, and of a potential service award.

This motion is made on the grounds that the settlement is the product of arm's-length negotiations by informed counsel and is fair, reasonable and adequate. Class counsel met and conferred with counsel for Defendants about the motion, and Defendants do not oppose the

1

motion.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the accompanying Declaration of Taras Kick, the accompanying Declaration of Richard McCune, the accompanying Declaration of Arthur Olsen, the accompanying Declaration of Mary Ketner, other documents and papers on file in this action, and such other materials as may be presented before or at the hearing on this motion, or as this Honorable Court may allow.

Dated: September 18, 2017

Respectfully submitted,
**JANET, JENNER & SUGGS, LLC**
**MCCUNE • WRIGHT • AREVALO LLP**
**THE KICK LAW FIRM, APC**

/s/ Taras Kick
Taras Kick, *Pro Hac Vice*
taras@kicklawfirm.com
Robert Dart, CA State Bar #264060*
robert@kicklawfirm.com
**THE KICK LAW FIRM, APC**
815 Moraga Drive
Los Angeles, California 90049
Telephone: (310) 395-2988
Facsimile: (310) 395-2088

Richard D. McCune, *Pro Hac Vice*
rdm@mccunewright.com
Jae (Eddie) K. Kim, CA State Bar #236805*
jkk@mccunewright.com
**MCCUNE • WRIGHT • AREVALO LLP**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Robert K. Jenner, Esquire (Bar No. 04165)
Lindsey M. Craig, Esquire (Bar No. 29522)
Adam P. Janet, Esquire (Bar No. 11222)
**JANET, JENNER & SUGGS, LLC**
1777 Reisterstown Road, Suite 165
Baltimore, Maryland 21208
Telephone: (410) 653-3200
Facsimile: (410) 653-6903
RJenner@MyAdvocates.com
LCraig@MyAdvocates.com

AJanet@MyAdvocates.com

*Pro Hac Vice application to be submitted
*Counsel for Plaintiff Mary Ketner and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2017, a copy of the foregoing document was electronically filed using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                              Respectfully submitted,

                                              /s/ Robert Dart